**Order entered August 12, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00732-CR

**MARTY LEE WHITE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F18-18887-J**

## ORDER

We **REINSTATE** this appeal.

Although we abated the appeal for a hearing on counsel, no hearing has been held and counsel has not been appointed. On August 8, 2019, appellant filed a pro se motion to dismiss. That motion is pending before the Court and will be ruled on in due course.


/s/    LANA MYERS
        JUSTICE